# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRANE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CHEVRON NORTH AMERICA EXPLORATION AND PRODUCTION COMPANY, et al.,<br><br>　　　Defendants. | Case No.: 1:19-cv-00805 DAD JLT<br><br>ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT AND TERMINATING AS MOOT THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT<br><br>(Docs. 9, 16) |

The parties have stipulated to allow the plaintiff to file a second amended complaint (Doc. 16). The Court **GRANTS** the stipulation and allows the plaintiff to file the pleading within one week. The motion to dismiss the first amended complaint (Doc. 9) is terminated as MOOT and the hearing on the motion is VACATED.

IT IS SO ORDERED.

　　Dated: __**July 9, 2019**__　　　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE