# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. CRANE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEVRON U.S.A. INC., et al.,<br><br>    Defendants. | Case No.: 1: 19-cv-00805 - DAD - JLT<br><br>ORDER DIRECTING THE ENTRY OF JUDGMENT IN FAVOR OF THE PLAINTIFF |

The plaintiff has notified the Court that he has accepted the defendants' offer of judgment made under Federal Rules of Civil Procedure 68. The defendants offered to allow the plaintiff to take judgment in this action in the amount $90,200. (Doc. 47) Therefore, the Court DIRECTS the Clerk of Court to enter judgment in favor of the plaintiff in the amount of $90,200.

IT IS SO ORDERED.

Dated:  **November 16, 2020**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

1